UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAUDIA RACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:20-cv-03218-JRS-MG |
| WINDOWS, LLC OF INDIANA, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Date: 10/18/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system